**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DIVISION OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **Andrew Roach,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | |
| ) | **CIVIL ACTION NO. _____** |
| **Columbia Debt Recovery,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |

NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1446(a), Defendant COLUMBIA DEBT RECOVERY, LLC ("Defendant") hereby removes to this Court the civil action described below, as it involves a federal question.

1. On October 15, 2024, Plaintiff ANDREW ROACH("Plaintiff") filed a civil action in the State Court of Texas, Court 125, Harris County, entitled *ANDREW ROACH v. COLUMBIA DEBT RECOVERY, LLC,* Case No.. 2025-38552 A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit A.

2. Plaintiff's Complaint was served on Defendant by personal service on June 13, 2025. Exhibit A. A copy of the State court docket sheet is  labeled as Exhibit B.

3. Therefore, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) within the 30-day removal period.

4. This action involves a federal question in that it arises under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq ("FDCPA") and the Fair Credit Reporting Act, 15 U.S.C. 1681et seq. It is therefore an action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a). In this regard, Plaintiff alleges violations under the FDCPA against Defendant. (See Exhibit A.)

5. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

6. Plaintiff's Complaint includes a demand for a jury trial.

7. Defendant will promptly file a copy of this Notice of Removal with the clerk of the State Court where the action has been pending.

Dated:  July 10, 2025                    Respectfully submitted,

                                         /s/ Keith Wier
                                         Keith Wier
                                         Law Offices of Keith Wier, PLLC
                                         15150 Preston Road, Suite 300
                                         Dallas, Texas 75248
                                         T:  (214) 540-6690
                                         Email:  kwier@keithwierlaw.com

{00216895;1}

## **CERTIFICATE OF SERVICE**

I**,** Keith Wier certify that on July 10, 2025, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

Furthermore, I have provided notice of this filing to Plaintiff in the manner specified below.

Email: drewroach37@gmail.com

**/s/    Keith Wier**_____
Keith Wier

{00216895;1}