IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ANDREW ROACH
*Plaintiff,*

v.

COLUMBIA DEBT RECOVERY
*Defendant.*

CIVIL ACTION NO. 4:25-CV-03221

# SUPPLEMENTAL CERTIFICATE OF SERVICE

I Keith Wier certify that on this July 12, 2025, a true and correct copy of Plaintiff's notice of removal was sent to Plaintiff, Mr. Andrew Roach in the manner specified below. Furthermore, Mr. Roach was served with a copy of the same through electronic mail on July 10, 2025, shortly after Defendant filed its notice of removal.

**Via USPS First Class Mail & USPS Certified Mail Return Receipt Requested**
Mr. Andrew Roach
2917 Lake Forest Drive
Upper Marlboro, MD 20774
-and-
Mr. Andrew Roach
2900 N. Breaswood Blvd Apt 2411
Houston, TX 77025


 */s/ Keith Wier*
Keith Wier
SBN: 21436100 / Fed ID: 7940
Law Offices of Keith Wier PLLC
15150 Preston Road, Suite 300
Dallas, Texas 75248
Phone: (214) 540-6690
Email: kwier@keithwierlaw.com
**ATTORNEY FOR DEFENDANT,
COLUMBIA DEBT RECOVERY**